UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51295
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for American Credit Acceptance

In Re:

STEPHANIE D. PERNELL

**Order Filed on August 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.  19-18606

Adv. No.

Hearing Date:  7/14/20

Judge: (JNP)

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: August 12, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: Stephanie D. Pernell

Case No: 19-18606

Caption of Order: Order Resolving Motion For Relief From Stay

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for American Credit Acceptance with the appearance of Seymour Wasserstrum, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That American Credit Acceptance is the holder of a first purchase money security interest encumbering a 2014 Chevrolet Impala bearing vehicle identification number 2G11Y5SL1E9260852.**

2. **That the Debtor is to pay American Credit Acceptance's claim through her Chapter 13 Plan.  The secured amount that American Credit Acceptance shall be paid through the Debtor's plan shall be $10,709.26. This amount is reached using the net loan balance of $9,501.10, amortized at 6.25% over the remaining 46 months of the plan.**

3. **That commencing August 2020, the Chapter 13 Trustee is hereby directed to make monthly adequate protection payments to American Credit Acceptance in the amount of $232.81.  Adequate protection payments to American Credit Acceptance shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to American Credit Acceptance.   If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Credit Acceptance until the remaining counsel fees have been paid. The Debtor shall receive a credit for all adequate protection payments made against the total amount to be received by American Credit Acceptance through the plan.**

**(Page 3)**

Debtor: Stephanie D. Pernell

Case No: 19-18606

Caption of Order: Order Resolving Motion For Relief From Stay

4. **That commencing July 2020, if the Debtor fails to make any payment to the Chapter 13 Trustee within thirty (30) days after it falls due, American Credit Acceptance shall be entitled to stay relief upon filing a certification with the Court and serving it upon the Debtor, her attorney, and the Chapter 13 Trustee.**

5. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  American Credit Acceptance must be listed as loss payee.  If the Debtor fails to maintain valid insurance on the vehicle, American Credit Acceptance shall be entitled to stay relief upon filing a certification that insurance has lapsed with the Court and serving it upon the Debtor, her attorney, and the Chapter 13 Trustee.**

6. **That the Debtor is to pay a counsel fee of $531.00 to American Credit through her Chapter 13 plan.**