Form cscnodsc – ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–18606–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie D. Pernell
   868 East Commerce Street Lot 128
   Bridgeton, NJ 08302

Social Security No.:
   xxx–xx–8649

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

   All creditors and parties in interest are notified that the above–named case has been closed without entry of discharge for the reason(s) indicated below.

☑   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4–year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 11, 2024
JAN: eag

Jeanne Naughton
Clerk