Certificate Number: 16339-NJ-DE-038710507

Bankruptcy Case Number: 19-18606



16339-NJ-DE-038710507

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 28, 2024</u>, at <u>8:04</u> o'clock <u>PM EDT</u>, <u>Stephanie Pernell</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>July 28, 2024</u>          By:     <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>